IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| BRADLEY W. KOST, | ) | Case No.: 07-04390 |
| | ) | |
| Debtor. | ) | Judge: Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE**

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

## I. INTRODUCTION

This Application encompasses the time period from August 20, 2007 through preparation of Applicant's current Final Fee Application, March 26, 2010. The Application represents 9.3 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $2,878.50 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on March 13, 2007 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On August 23, 2007, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills

and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.   CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed his Chapter 7 proceeding on March 13, 2007 and on his Amended Schedule "B" listed a ½ interest in a 2004 Porsche Cayenne (hereinafter the "Vehicle") with a fair market value of $15,000.00.  The Debtor's Amended Schedule "C" claimed an exemption of $5,400 in the Vehicle.  The Trustee verified the fair market value of the Vehicle.  The Debtor offered a lump-sum amount of $8,000.00 to the Trustee to purchase the Estate's ½ net interest in the Vehicle through funding via family assistance.   Taking into consideration the potential costs of sale via public auction or offering and after factoring in the Debtor's claimed exemptions in the Vehicle, the Trustee believed the offer to be fair and reasonable.

On November 30, 2007, Applicant drafted a Motion to Approve the Settlement and Sale of the Estate's interest in the Vehicle.  On December 20, 2007, the Court entered an Order approving the Settlement and Sale.  Additionally, in October, 2008, the Trustee received funds from the Debtor for federal tax refunds from 2005 and 2006 totaling $33,348.77.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

The Trustee reviewed the claims filed and supporting documents thereto.  On February 19, 2010, Applicant drafted objections to claim numbers 3, 5 and 8 and a Motion to Value secured claim number 14.  On March 25, 2010, Orders disallowing claims 3, 5 and 8 were entered and an Order valuing the secured claim in property of the estate in the amount of $0.00 was entered.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $2,878.50 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: March 26, 2010

Respectfully Submitted,
APPLICANT

Thomas E. Springer, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:   /s/ Thomas E. Springer
    Thomas E. Springer
    One of His Attorneys

Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000