# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOST, BRADLEY W | § | Case No. 07-04390 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604
Attn: Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/03/2010 in Courtroom 140,

United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
KOST, BRADLEY W  §  Case No. 07-04390
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 41,383.52 |
| and approved disbursements of | $ | 70.60 |
| leaving a balance on hand of[1] | $ | 41,312.92 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: THOMAS E. SPRINGER, TRUSTEE | $ 4,888.35 | $ 0.00 |
| Attorney for trustee: Thomas E. Springer | $ 2,878.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 200.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 9 | United States Dept. of Treasury | $ 200.00 | $ 200.00 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 750,073.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA | $ 12,429.66 | $ 552.59 |
| 2 | Chase Bank USA | $ 4,120.84 | $ 183.20 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Anderson Wood Products Co | $ 4,410.62 | $ 196.08 |
| 6 | AMCORE Bank, NA | $ 300,849.40 | $ 13,374.89 |
| 7 | Old World Mill Works | $ 70,621.55 | $ 3,139.63 |
| 10 | Pawnee Leasing Corporation | $ 26,351.38 | $ 1,171.51 |
| 11 | Employment Management Services, Inc. | $ 331,289.69 | $ 14,728.17 |

Tardily filed claims of general (unsecured) creditors totaling $ 14,559.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 13 | Am..InfoSrce as agent for FIA Card Ser./ | $ 14,559.43 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/  Thomas E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: nmolina                Page 1 of 2                   Date Rcvd: May 11, 2010
Case: 07-04390                 Form ID: pdf006              Total Noticed: 52

The following entities were noticed by first class mail on May 13, 2010.
db           +Bradley W Kost,    1020 Beau Brummel Drive,    Sleepy Hollow, IL 60118-1802
aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 904,
               Chicago, IL 60603-6306
aty          +Michele M Springer,     Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Springer, Brown, Covey, Gaertner & Davis LLC,    Springer, Brown, Covey, Gaertner & Davis,
               232 South Batavia Ave,    Batavia, IL 60510-3169
aty          +Thomas E Springer,     Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Thomas E Springer,     Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11592997      AMCORE Bank, NA,    501 Seventh Street,    PO Box 1537,   Rockford, IL 61110-0037
13072872     +AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11233796     +Amcore Financial,    1933 North Meacham Road,    Schaumburg, IL 60173-4363
11233797     +Anderson Wood Products Co,     Daniel Albers, Jr.,    401 W. Main St., Suite 1950,
               Louisville, KY 40202-4206
11233798     +Bank of America,    POB 15726,    Wilmington, DE 19886-5726
11233799     +Bluelinx,    PO Box 93560,    Chicago, IL 60673-3560
11233800     +Bowman Distribution,    c/o McCarthy Burgess & Wolff,    MB& W Building,    26000 Cannon Road,
               Bedford, OH 44146-1807
11233801      Capitol One,    PO BOX 60000,    Seattle, WA 98190-6000
11233802     +Carolina Stair,    c/o Attorney Steve Anderson,    Fitzpatrick, Zimmerman & Rose,
               140 Fair Ave, NW,    New Philadelphia, OH 44663-2646
11588663      Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11233803     +Chase Mastercard,    PO Box 15153,    Wilmington, DE 19850-5153
11233804     +Citimortgage Inc,    P O Box 9481,    Gaithersburg, MD 20898-9481
11233805     +Cook County Lumber,     200 East 130th Street,    Chicago, IL 60628-6998
11233809     +EMSI,   c/o Paul Richmond,    Dykema,    111 North Ottawa Street,    Joliet, IL 60432-4229
11233806     +Edgerton & Edgerton,    Michael Edgerton,    POB 218,    125 Wood Street,
               West Chicago, IL 60185-2804
11233807     +Elizabeth Bates,    Houk Bouma,    1755 S. Naperville Road,    Suite 200,    Wheaton, IL 60189-5844
11233808     +Employment Management Services, Inc,    1813 North Mill Street #F,    Naperville, IL 60563-4872
11766753     +Employment Management Services, Inc.,    c/o John A. Lipinsky,    Coman & Anderson, P.C.,
               2525 Cabot Drive, Suite 300,    Lisle, IL 60532-0916,    630-428-2660
11233810     +Financial Pacific Leasing, LLC,    3455 South 344th Way,    Suite 300,    Auburn, WA 98001-9546
11233811     +Gilberts Properties,    c/o Brad Kost,    1020 Beau Brummel Drive,    Sleepy Hollow, IL 60118-1802
11703194    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia PA 19114)
11233847    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: United States Dept. of Treasury,    IRS,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA)
11233812     +Illinois Indistrial Lumber Supply,    c/ Michael Huseman,    Attorney at Law,
               1999 West Downer Place,    Aurora, IL 60506-4776
11233813     +Illinois Industrial Lumber,    c/o Attorney Michael Huseman,    1999 W.Downers PLace,
               Aurora, IL 60506-4776
11233814     +John Lipinski,    Coman & Anderson,    2525 Cabot Drive,    Suite 300,    Lisle, IL 60532-0916
11233815      Keefe Real Estate, Inc.,    Attn: Joel Reyenga,    101 Geneva National Ave South,
               Lake Geneva, WI 53147
11233817     +Kost Industries, Inc.,    c/o Brad Kost,    1020 Beau Brummel Drive,    Sleepy Hollow, IL 60118-1802
11233820     +MB Financial Successor to Oak Brook,    1400 Sixteenth Street,    Oak Brook, IL 60523-1306
11233821     +MB Financial successor to Oak Brooo,    1400 Sixteenth Street,    Oak Brook, IL 60523-1306
11233819      Mark Robinson,    Vanenti Hanley & Crooks, PLLC,    401 West Main Street,
               One Riverfromt Plaza #1950,    Louisville, KY 40202
11233822      Mercedez Benz Credit- Visa,    C/o Bank of America,    PO Box 1758,    Newark, NJ 07101
11233823     +Old World Mill Works,    1085 Peace Road,    Dekalb Il 60115-7915
11233825     +Raymond Ostler,    GOMBERG SHARFMAN GOLD et al,    208South LaSalle Street #1200,
               Chicago, IL 60604-1032
11233826     +Robbins Lumber,    PO BOX 17393,    Tampa, FL 33682-7393
11233827     +Rosecrance, Inc.,    3815 Harrison Ave.,    Rockford, IL 61108-7631
11233828     +Spartan Forest Products, Inc.,    2100-VW Conwallis Drive,    Greensboro, NC 27408-7036
11233829     +Tina Kost,    1020 Beau Brummel Drive,    Sleepy Hollow, IL 60118-1802
11233836     +Top Flight Stairs & Rails, LLC,    c/o Thomas Springer Trustee,    400 South County Farm Road,
               Wheaton, IL 60187-4547
11233837     +Top Flight Stairs & Rails, Ltd,    C/O Thomas Springer, Trustee,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11233845     +Top Flight Stairs & Rails, Ltd.,    c/o Thomas Springer Trustee,    400 South County Farm Road,
               #330,   Wheaton, IL 60187-4547
11233846      United Mileage Plus - Visa,    PO Box 15298,    Wilmington, DE 19850-5298
11233848     +Victor E. Puscas, Jr.,    CAMIC JOHNSON WILSON et al,    546 West Galena Blvd.,
               Aurora, IL 60506-3855
11233849     +Walter Paxton Lumber,    c/o Jason Hirsch, Esq.,    Arnstein & Lehr,
               120 South Riverside Suite 1200,    Chicago, IL 60606-3910
11233850     +White Knight Defense, LLC,    Successr in Interest - Puritan Finc,    75 Koppie Drive,
               Gilberts, IL 60136-9663
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2               Date Rcvd: May 11, 2010
Case: 07-04390                Form ID: pdf006            Total Noticed: 52

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on May 11, 2010.
11233824     +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM                            Pawnee Leasing,
              700 Center Ave.,    Fort Collins, CO 80526-1842
11756515     +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM                            Pawnee Leasing Corporation,
              700 Centre Ave,    Fort Collins, CO 80526-1842
                                                                                                     TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11233830      Top Flight Stairrs & Rails, Ltd.,    c/o Thomas Springer, Trustee
11233832      Top Flight Stairs & Rails
11233831      Top Flight Stairs & Rails,    C/ O Thomas Springer, Trustee,    Springer, Brown, Covey, et al
11233834      Top Flight Stairs & Rails,    c/o Thomas Springer , Trustee
11233833      Top Flight Stairs & Rails,    c/o Thomas Springer, Trustee
11233835      Top Flight Stairs & Rails,    c/o Thomas Springer, Trustee
aty*         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11233816*     Keefe Real Estate, Inc.,    Attn: Joel Reyenga,    101 Geneva National Ave South,
              Lake Geneva, WI 53147
11233818*    +Kost Industries, Inc.,    C/O Brad Kost,    1020 Beau Brummel Drive,    Sleepy Hollow, IL 60118-1802
11233838*    +Top Flight Stairs & Rails, Ltd,    C/O Thomas Springer, Trustee,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11233839*    +Top Flight Stairs & Rails, Ltd,    C/O Thomas Springer, Trustee,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11233840*    +Top Flight Stairs & Rails, Ltd,    C/O Thomas Springer, Trustee,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11233841*    +Top Flight Stairs & Rails, Ltd,    C/O Thomas Springer, Trustee,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11233842*    +Top Flight Stairs & Rails, Ltd,    C/O Thomas Springer, Trustee,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11233843*    +Top Flight Stairs & Rails, Ltd,    C/O Thomas Springer, Trustee,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11233844*    +Top Flight Stairs & Rails, Ltd,    C/O Thomas Springer, Trustee,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
                                                                                              TOTALS: 6, * 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2010**                **Signature:**        *Joseph Speetjens*